```
 1 | William E. von Behren, State Bar No. 106642
   | bvonbehren@vbhlaw.com
 2 | Joann V. Lee, State Bar No. 251653
   | jlee@vbhlaw.com
 3 | VON BEHREN & HUNTER LLP
   | 2041 Rosecrans Avenue, Suite 367
 4 | El Segundo, CA 90245
   | Telephone:  (310) 607-9111
 5 | Facsimile:  (310) 615-3006
 6 | Attorneys for Defendant
   | SpeedyPC Software, a British Columbia Company
 7 |
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS BASTION, individually and on behalf of all others similarly situated, | Case No. 3:12-cv-04730-LB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| SPEEDYPC SOFTWARE, a British Columbia company, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, William E. von Behren and Joann V. Lee, of VON BEHREN & HUNTER LLP, hereby give notice of their intent to withdraw as counsel of record for Defendant SpeedyPC Software ("SpeedyPC") in this matter. Richard M Williams and Lyn D. Tadlock, of Gray Duffy, LLP are now the counsel of record for SpeedyPC and filed their Notice of Appearance on November 16, 2012.

///

///

///

///

///

- 1 -

Case No.  3:12-cv-04730-LB
NOTICE OF WITHDRAWAL OF COUNSEL
G:\CLIENTS\Bastion v. SpeedyPC\Bastion v. Speedy PC Software-Notice of Withdrawal of Counsel.docx

1  Pursuant to Local Rule 11-5, SpeedyPC has been given advanced written notice of
2  VON BEHREN & HUNTER LLP's intent to withdraw as its counsel of record.

3

4  Dated: November 19, 2012    William E. von Behren
                                Joann V. Lee
5                               VON BEHREN & HUNTER LLP

6

7                               By:   */S/ William E. von Behren*
                                      William E. von Behren
8                                     Attorneys for Defendant
                                      SpeedyPC Software, a British
9                                     Columbia Company

- 2 -

Case No.  3:12-cv-04730-LB
NOTICE OF WITHDRAWAL OF COUNSEL

G:\CLIENTS\Bastion v. SpeedyPC\Bastion v. Speedy PC Software-Notice of Withdrawal of Counsel.docx