Gwendolyn C. Payton (WSBA No. 26752)
paytong@lanepowell.com
Erin M. Wilson (Cal. Bar No. 260720)
wilsonem@lanepowell.com
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for SpeedyPC Software,
a British Columbia Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYLLIS BASTION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>Defendant. | Civil No. 12-4730<br><br>[PROPOSED] **ORDER GRANTING WITHDRAWAL OF COUNSEL** |

## ORDER

The Court has reviewed the Notice of Withdrawal of Gwendolyn C. Payton, Erin M. Wilson, and Lane Powell, and the Court has been duly apprised that attorneys Richard M. Williams and Lyn D. Tadlock, of the law firm of Gray Duffy, LLP, 702 Marshall St., Suite 600, Redwood City, California 94063 have entered an appearance as counsel for SpeedyPC Software in this case. It is hereby:

ORDERED, that Gwendolyn C. Payton, Erin M. Wilson, and Lane Powell PC are hereby withdrawn as counsel of record for SpeedyPC Software in this case.


DATED this **23rd** day of **January, 2013**, 2012

_____
HONORABLE LAURA BEELER
UNITED STATES MAGISTRATE JUDGE

Presented By:
LANE POWELL PC


By **s/Erin M. Wilson**
Gwendolyn C. Payton, WSBA No. 26752
Erin M. Wilson, Cal. Bar No. 260720

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
TELEPHONE: 206.223.7000 FACSIMILE: 206.223.710