William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
SpeedyPC Software, a British Columbia Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS BASTION, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>           Defendant. | Case No. 3:12-cv-04730-LB<br><br>[**PROPOSED**] ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL |

**ORDER**

The Court has reviewed the Notice of Withdrawal of William E. von Behren and Joann V. Lee, and VON BEHREN & HUNTER LLP, and the Court has been duly apprised that attorneys Richard M. Williams and Lyn D. Tadlock, of the law firm of Gray Duffy, LLP, 702 Marshall St., Suite 600, Redwood City, California 94063 have entered an appearance as counsel for SpeedyPC Software in this case. It is hereby:

ORDERED, that William E. von Behren and Joann V. Lee, and VON BEHREN & HUNTER LLP are hereby withdrawn as counsel of record for SpeedyPC Software in this case.

Dated: ~~November ____, 2012~~
        January 23, 2013

_____
Hon. Laura Beeler
Judge, United States District Court