UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSE-MAI ROBICHAUD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>*Defendant*. | Case No. C 12-04730 LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS**<br><br>Judge: Honorable Laurel Beeler |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

_ Non-binding Arbitration (ADR L.R. 4)
_ Early Neutral Evaluation (ENE) (ADR L.R. 5)
_ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need For ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5.)*

**Private Process:**

**X** Private ADR (*please identify process and provider*):  <u>The parties agree that mediation conducted by a neutral selected from the roster at JAMS or a similar provider may be the most effective method of ADR at the appropriate time.</u>

The parties agree to hold the ADR session by:

    _    The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    **X**    Other requested deadline: <u>The parties have conferred and agreed that ADR will be most productive after they have engaged in at least some discovery in the case. Accordingly, they respectfully request that the Court not schedule a deadline to proceed with ADR, but rather, that they apprise the Court of their intention to proceed with a private mediation once scheduled.</u>

Dated: March 28, 2013                        <u>/s/ Benjamin H. Richman</u>
                                                        Attorney for Plaintiff

Dated: March 28, 2013                        <u>/s/ Richard M. Williams</u>
                                                         Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

1

## **[PROPOSED] ORDER**

2

   _    The parties' stipulation is adopted and IT IS SO ORDERED.

3

   _    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

4

5

6

7

8

9  ENTERED: _____

                                         HONORABLE LAUREL BEELER

10                                             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER        3        CASE NO. C 12-04730 LB
SELECTING ADR PROCESS