1  JAY EDELSON (Admitted *Pro Hac Vice*)
   jedelson@edelson.com
2  RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
3  BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
   brichman@edelson.com
4  CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
   cgivens@edelson.com
5  EDELSON LLC
   350 North LaSalle, Suite 1300
6  Chicago, Illinois 60654
   Telephone: (312) 589-6370
7  Facsimile: (312) 589-6378

8  *Attorneys for Plaintiff and the Putative Classes*

9  RICHARD M. WILLIAMS (SBN 68032)
   rwilliams@grayduffylaw.com
10 GRAY DUFFY LLP
   702 Marshall Street, Suite 600
11 Redwood City, California 94063
   Telephone: (650) 365-7343
12 Facsimile: (650) 365-6225

13 *Attorneys for Defendant SpeedyPC Software*

14 [Additional counsel included below.]

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN FRANCISCO DIVISION**

| ROSE-MAI ROBICHAUD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>*Defendant*. | Case No. 3:12-cv-04730-LB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Honorable Laurel Beeler<br><br>Action Filed: September 11, 2012 |
|---|---|

Plaintiff Rose-Mai Robichaud and Defendant SpeedyPC Software (collectively, the "Parties"), hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiff's individual claims against Defendant in this action, with prejudice. In support of the instant stipulation, the Parties state as follows:

**WHEREAS,** on December 11, 2012, Plaintiff filed her First Amended Class Action Complaint against Defendant;

**WHEREAS,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this action without a Court order;

**WHEREAS,** the Parties have conferred and agreed to stipulate to the dismissal of Plaintiff's individual claims against the Defendant in this action with prejudice;

**WHEREAS,** the Parties have further agreed that they shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action;

**NOW THEREFORE,** the Parties, by and through their undersigned counsel, hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiff Robichaud's individual claims against Defendant in this action shall be dismissed with prejudice; and

2. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

**IT IS SO STIPULATED.**

Respectfully submitted,

**ROSE-MAI ROBICHAUD**, individually and on behalf of all others similarly situated,

Dated: May 2, 2013

By: /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com

CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Attorneys for Plaintiff and the Putative Classes*

**SPEEDYPC SOFTWARE**,

Dated: May 2, 2013

By: /s/ Richard M. Williams
    One of Defendant's Attorneys

RICHARD M. WILLIAMS (SBN 68032)
rwilliams@grayduffylaw.com
GRAY DUFFY LLP
702 Marshall Street, Suite 600
Redwood City, California 94063
Telephone: (650) 365-7343
Facsimile: (650) 365-6225

*Attorneys for Defendant SpeedyPC Software*

## CERTIFICATE OF SERVICE

I, Benjamin H. Richman, an attorney, hereby certify that on May 2, 2013, I served the above and foregoing *Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this 2nd day of May 2013.

/s/ Benjamin H. Richman